About Safe at Home :: California Secretary of State

https://www.sos.ca.gov/registries/safe-home/about-safeathome

# Dr. Shirley N. Weber
California Secretary of State



<u>Home</u>     <u>Registries</u>     <u>Safe at Home</u>

# About Safe at Home

**Safe at Home is** California's address confidentiality program administered by the California Secretary of State's office. The program, which provides a free post office box and mail forwarding service, is designed to help victims and survivors of domestic violence, stalking or sexual assault to start new lives in peace and to provide added protections to their overall safety plans.

**Safe at Home is not** a Witness Protection Program, nor does it provide relocation, counseling or legal services. Safe at Home laws apply to state and local government agencies, but not to private entities or to the federal government. Participants are not automatically qualified for other victim services programs; they must meet specific qualifications in order to be eligible for services administered by the Secretary of State's office, county Registrar of Voters offices, the California Superior Court System, and the California Department of Motor Vehicles.

## Available Services

### Agent for Service of Process

The Secretary of State acts as your agent for service of process to protect your address information from being disclosed to the other party in your court case. When you enroll, Safe at Home instructs the other party and his or her attorney to serve court-related correspondence on the Secretary of State's office in Sacramento. The service is then forwarded by certified mail to your confidential address. (**per Government Code section 6206(a)(5)**)

### Confidentiality for Children

If your children are enrolled, Safe at Home can provide an additional layer of protection for them, too. You can notify your enrolled child's school of your family's participation in Safe at Home and prevent sharing of information about your child. (**per Government Code section 6206(a)**)

### Confidential Mail-Forwarding

First-class mail is securely handled and forwarded to your confidential home or mailing address.





## State of California

### SECRETARY OF STATE

# *Darren Chaker DelNero*

**Congratulations!** You are officially enrolled as a member of the *Safe at Home* Confidential Address Program. By using your new substitute PO Box mailing address when creating government and public documents, your home, workplace or school location will remain confidential and free from public access.

I am pleased to administer this long overdue service to help protect survivors of domestic violence, stalking and sexual assault and that you chose to use *Safe at Home* as an addition to your overall health and safety plan.

Therefore, I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify that on the **6 day of January, 2009, Darren Chaker DelNero**, is an active participant of the Safe at Home program established by Statutes of 1998, Chapter 1005 (SB 489) and 2000, Chapter 562 (SB 1318).

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this January 6, 2009.



*Debra Bowen*
Secretary of State

Ex. B

NP-24 (REV. 1-07)                                                                OSP 07 104059



Ex.C

CALIFORNIA STATE TRANSPORTATION AGENCY                                     GAVIN NEWSOM, *Governor*


**DEPARTMENT OF MOTOR VEHICLES**
INVESTIGATIONS DIVISION
CONFIDENTIAL RECORDS UNIT
P.O. BOX 932391 MS N227
SACRAMENTO, CA 94232-3910

August 24, 2020


Darren Del Nero #3607
P.O. Box 1679
Sacramento, CA  95812

Dear Darren Del Nero:

RE:   DL/ID#: A7531455
        VEH#:  8MZL788, A003432

The request submitted regarding the suppression of your records has been accepted.  Your records will only be accessible through the Confidential Records Unit (CRU).

All inquiries involving your records are subject to review by the CRU. A current phone number will be required in the event we need to contact you during normal business hours. To avoid delays or denials of requests, please provide the name of your automobile insurance company.   Any changes should be reported to this unit immediately.

As long as you continue to be an active participant in the Safe at Home Program, the suppression of your records will remain in effect until **April 23, 2023**.

Please note, photo identification will be required should you need to visit a Department of Motor Vehicles field office to process transactions involving your vehicle registration and/or driver license/identification card records.

If you have questions, please call (916) 657-7142.

Sincerely,

*Rachele*

Rachele
Senior Motor Vehicle Technician
Confidential Records Unit


California Relay Telephone Service for the deaf or hearing impaired from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

INV 150 (REV. 7/2013) DMVWeb              *A Public Service Agency*

EX. D

1  Case No: OBC20-0444

FILED

OCT 13 2020

STATE BAR OF NEVADA
BY: _B. Felix_
OFFICE OF BAR COUNSEL

**STATE BAR OF NEVADA**

**SOUTHERN NEVADA DISCIPLINARY BOARD**

| | |
|---|---|
| STATE BAR OF NEVADA, | ) |
| Complainant, | ) |
| vs. | ) |
| | ) **COMPLAINT** |
| THOMAS C. MICHAELIDES, ESQ., | ) |
| Nevada Bar No. 5425, | ) |
| Respondent. | ) |

PLEASE TAKE NOTICE that pursuant to Supreme Court Rule ("SCR") 105(2), a **VERIFIED RESPONSE OR ANSWER** to this Complaint **must be filed** with the Office of Bar Counsel, State Bar of Nevada ("State Bar"), 3100 W. Charleston Boulevard, Suite 100, Las Vegas, Nevada 89102, **within twenty (20) days of service of this Complaint**.  Procedure regarding service is addressed in SCR 109.

**General Allegations**

1.      Complainant, State Bar of Nevada, alleges that the Respondent, Thomas C. Michaelides, Esq. ("Respondent"), Nevada Bar No. 5425, is currently an active member of the State Bar of Nevada and at all times pertinent to this complaint had his principal place of business for the practice of law located in Clark County, Nevada.

2.      Respondent engaged in acts of professional misconduct warranting the imposition of professional discipline as set forth below.

3.      Darren Chaker retained Respondent on a child custody matter.

-1-

Ex. E

1        4.     Chaker was unhappy with Respondent's representation. As a result, in or about 2018,

2  Chaker posted negative online reviews about Respondent.

3        5.     On August 7, 2018, Respondent filed a Complaint in the Eighth Judicial District Court

4  against Chaker for claims of defamation, business disparagement, civil conspiracy, and injunctive relief.

5        6.     Respondent obtained permission from the Court to serve Chaker via publication.

6        7.     On November 19, 2018, Respondent filed a Notice of Entry of the Default.

7        8.     Thereafter on May 28, 2019, Respondent filed an Application for Entry of Default

8  Judgment.

9        9.     At some point Chaker became aware of the case and retained counsel to set aside the

10  default.

11       10.    A Motion to Set Aside Default was filed on January 28, 2020, by Chaker's attorney.

12       11.    According to the court docket, nothing was filed after the Application and before the

13  Motion to Set Aside Default, and no hearing on the Application was ever held.

14       12.    On or about February 27, 2020, Respondent, or his agent sent a falsified court Order to

15  Google in an attempt to have Google remove the negative online reviews.

16       13.    On March 31, 2020, Chaker filed a grievance with the State Bar of Nevada.

17       14.    The grievance explained that on February 27, 2020, Respondent's paralegal, Pete Novak,

18  emailed him a falsified default judgment directing that he remove the negative online reviews about

19  Respondent.

20       15.    In communication with the State Bar, Respondent admitted that he or his agent, Pete

21  Novak, had sent the default judgment to Chaker in hopes that he would agree to a compromise.

22       16.    Supporting his claim that the default judgment was falsified, Chaker noted that:

23          a.  No default judgment was reflected on the Court's docket;

24

1       b.  The file stamp on the default judgment is for the exact same date and time as the file stamp

2          on the May 28, 2019, Application;

3       c.  The file stamp on the default judgment appears to have been copied and pasted from the

4          Application, as you can see an errant pleading paper line that was not deleted;

5       d.  The May 28, 2019, date file-stamped on the default judgment makes no sense given that

6          the date the document was purportedly executed was May 30, 2019; and

7       e.  The signature of Judge Crockett on the default judgment appears to have been copied from

8          the Order Granting Motion for Publication filed September 19, 2019.

9     17.     On March 24, 2020, out of an abundance of caution, Chaker's counsel filed a supplement

10 to the Motion to Set Aside and to strike the default judgment received by Chaker, even though it was not

11 on the Court's docket.

12    18.     At the hearing on April 2, 2020, Respondent represented to the Court that his goal in the

13 case was to get a judgment to take to Google, but the judgment he received was not specific enough for

14 Google to remove the posts.

**COUNT I**

**RPC 3.3(a)(1) – Candor Toward the Tribunal**

17    19.     RPC 3.3(a)(1) states in relevant part:

18       (a) A lawyer shall not knowingly:

19       (1) Make a false statement of fact or law to a tribunal or fail to correct a false

20          statement of material fact or law previously made to the tribunal by the lawyer.

21    20.     Respondent represented to the court a court that his goal was to get a judgment to take to

22       Google but failed to inform the court that he had already sent Google a falsified order.

23    21.     Respondent knew or should have known his conduct was improper.

24    22.     Respondent's conduct resulted in potential harm to legal profession and to the courts.

25

-3-

23.   In light of the foregoing including, without limitation, paragraphs 1 through 18, Respondent has violated RPC 3.3 (Candor Toward the Tribunal).

## COUNT II

### RPC 3.4(b) – Fairness to Opposing Party and Counsel

24.   RPC 3.4(b) states:

(b) Falsify evidence, counsel or assist a witness to testify falsely, or offer an inducement to a witness that is prohibited by law.

25.   Respondent improperly sent a falsified default judgment to Darren Chaker to coerce him into removing negative online reviews about Respondent.

26.   Respondent's conduct resulted in harm to the legal profession.

27.   In light of the foregoing including, without limitation, paragraphs 1 through 18, Respondent has violated RPC 3.4 (Fairness to Opposing Party and Counsel).

## COUNT III

### RPC 4.1(a) – Truthfulness in Statements to Others

28.   RPC 4.1(a) states:

In the course of representing a client a lawyer shall not knowingly:

(a) Make a false statement of material fact or law to a third person.

29.   Respondent made a false statement to Google when he or his agent sent them a falsified default judgment in an attempt to have them remove the negative online reviews about him.

30.   Respondent's conduct resulted in harm to the legal profession.

31.   In light of the foregoing including, without limitation, paragraphs 1 through 18, Respondent has violated RPC 4.1 (Truthfulness in Statement to Others).

-4-

## <u>COUNT IV</u>

**RPC 4.2 – Communication with Persons Represented by Counsel**

32.    RPC 4.2 states:

In representing a client, a lawyer shall not communicate about the subject of the representation with a person the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized to do so by law or a court order.

33.    Respondent improperly contacted Darren Chaker by sending him the falsified default judgment knowing that he was represented by counsel.

34.    Respondent's conduct resulted in harm to the legal profession.

35.    In light of the foregoing including, without limitation, paragraphs 1 through 18, Respondent has violated RPC 4.2 (C0mmunications with Persons Represented by Counsel).

**WHEREFORE**, Complainant prays as follows:

40.    That a hearing be held pursuant to Nevada Supreme Court Rule 105;

41.    That Respondent be assessed the actual and administrative costs of the disciplinary proceeding pursuant to SCR 120; and

///

///

///

///

///

///

-5-

42.   That pursuant to SCR 102, such disciplinary action be taken by the Southern Nevada Disciplinary Board against Respondent as may be deemed appropriate under the circumstances.

**DATED** this __13__ day of October, 2020.

**STATE BAR OF NEVADA**
Daniel M. Hooge, Bar Counsel

Daniel Young (Oct 14, 2020 13:48 PDT)

Daniel T. Young, Assistant Bar Counsel
Nevada Bar No. 11747
3100 W. Charleston Blvd, Suite 100
Las Vegas, Nevada 89102
(702)-382-2200
Attorney for State Bar of Nevada

-6-

# Complaint - Michaelides OBC20-0444

Final Audit Report                                                                 2020-10-13

| | |
|---|---|
| Created: | 2020-10-13 |
| By: | Sonia Del Rio (soniad@nvbar.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAD-tVeAW-RwWjksXHXyTX4OHGbwW_gUh1 |

## "Complaint - Michaelides OBC20-0444" History

📄 Document created by Sonia Del Rio (soniad@nvbar.org)
2020-10-13 - 8:46:56 PM GMT- IP address: 70.175.53.4

📧 Document emailed to Daniel Young (daniely@nvbar.org) for signature
2020-10-13 - 8:47:23 PM GMT

📄 Email viewed by Daniel Young (daniely@nvbar.org)
2020-10-13 - 8:47:57 PM GMT- IP address: 68.96.236.220

✍ Document e-signed by Daniel Young (daniely@nvbar.org)
Signature Date: 2020-10-13 - 8:48:13 PM GMT - Time Source: server- IP address: 68.96.236.220

✅ Agreement completed.
2020-10-13 - 8:48:13 PM GMT

**Adobe Sign**

5/8/2021 2:00 PM

Electronically Filed
05/08/2021 2:00 PM

*[signature]*

CLERK OF THE COURT

1 | JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
2 | STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
3 | BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
4 | OLSON CANNON GORMLEY & STOBERSKI
5 | 9950 West Cheyenne Avenue
Las Vegas, NV 89129
6 | jolson@ocgas.com
sbarker@ocgas.com
7 | bsmith@ocgas.com
702-384-4012
8 | 702-383-0701 fax
Attorneys for Defendant
9

*[left margin vertical text]* Law Offices of OLSON CANNON GORMLEY & STOBERSKI / A Professional Corporation / 9950 West Cheyenne Avenue / Las Vegas, Nevada 89129 / (702) 384-4012   Fax (702) 383-0701

DISTRICT COURT

CLARK COUNTY, NEVADA

THOMAS C. MICHAELIDES, an individual,
THOMAS C. MICHAELIDES dba TCM LAW
GROUP,

Plaintiffs,

v.

JOHN DOE, an individual; DOES I-X,
inclusive; and ROE CORPORATIONS XI
through XX,

Defendants.

CASE NO. A-18-779028-C
DEPT. NO. XXIV

**ORDER GRANTING DEFENDANT'S MOTION TO SEAL OR REDACT**

Defendant's Motion to Seal or Redact Record Under Seal, having come before the Court

on the 27ʰ day of April, 2021, with no opposition filed by Plaintiff and good cause appearing, it

is hereby ORDERED, ADJUDGED AND DECREED:

/// 

///

1

EX. F

1    Defendant's Motion to Seal is GRANTED. The Clerk shall preserve the case file under

2    seal per SRCR 3(7) and subject to SRCR 3(5)(c), with the exception that the caption shall

3    identify the defendant by the pseudonym 'JOHN DOE'. Further, Plaintiff shall be prohibited

4    from disclosing or disseminating any record or pleading from this matter.

5    DATED this _____ day of May, 2021.

6

7    IT IS SO ORDERED                    Dated this 8th day of May, 2021

8                                        _____
                                         DISTRICT COURT JUDGE
9    Respectfully Submitted by:

10   OLSON CANNON GORMLEY & STOBERSKI    **429 A6C A03C 3AF6**
                                         **Jessica K. Peterson**
11   /s/ Brandon P. Smith, Esq.          **District Court Judge**

12   _____
     JAMES R. OLSON, ESQ.
13   Nevada Bar No. 000116
     STEPHANIE A. BARKER, ESQ.
14   Nevada Bar No. 3176
     BRANDON P. SMITH, ESQ.
15   Nevada Bar No. 010443
     9950 West Cheyenne Avenue
16   Las Vegas, NV 89129
     Attorney for Defendant
17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
OLSON CANNON GORMLEY & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

2

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Thomas Michaelides, Plaintiff(s) | CASE NO: A-18-779028-C |
| vs. | DEPT. NO.  Department 8 |
| Darren Chaker, Defendant(s) | |

**<u>AUTOMATED CERTIFICATE OF SERVICE</u>**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Granting Motion was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 5/8/2021

| | |
|---|---|
| Thomas Michaelides | info@tcmlawgroup.com |
| Brandon Smith | bsmith@ocgas.com |
| James Olson | chartle@ocgas.com |
| Nan Langenderfer | nlangenderfer@ocgas.com |
| Jane Hollingsworth | jhollingsworth@ocgas.com |
| Wendy Fiore | wfiore@ocgas.com |
| Samantha Almazan | samantha@tcmlawgroup.com |
| Eric Tucker | eric@tcmlawgroup.com |
| Stephanie Barker | sbarker@ocgas.com |

 **THOMSON REUTERS**

610 Opperman Drive
Eagan, MN 55123

January 7, 2010

Darren Chaker-Delnero
311 N Robertson Blvd #123
Beverly Hills, CA  90211

Dear Darren Chaker-Delnero:

This letter is in response to the request to remove your personal identifying information from Westlaw non-public information databases.  This letter confirms that the records containing such information will be removed within the next 60 days.

Please be advised that your information may reappear in Westlaw databases if you apply for, cosign or guarantee credit applications using a name, address or other identifying information that differs from the information submitted in your opt-out request.

Much of the non-public information contained in Westlaw public records databases is maintained by credit reporting agencies (Experian, Equifax or Trans Union) or is available from official public records offices. If you would like to have your personal information removed from the databases maintained by the three credit reporting agencies, please call 1-888-567-8688 and follow the directions to opt-out.  Note that completion of that procedure may result in compromising your future ability to obtain or maintain credit.

For official public records databases mentioned above, you will need to contact the official custodian of those records, such as your county's land records office, to determine how to remove your personal identifying information from the public record.

Please be advised that while the CLEAR platform for law enforcement is now owned by West, as Thomson Reuters business as well, the data accessed by that platform remains under the control of Lexis-Nexis at this time.  If you have privacy concerns in that regard, we recommend that you contact Lexis directly.  Their privacy information can be accessed at Lexis.com.

Please visit http://west.thomson.com/privacy/records.asp for more information about Westlaw public records offerings and our privacy policies.  If you have any other questions please contact us at 1-800-328-4880.

Very truly yours,

Account Maintenance Team
Customer Service Specialized Support
West, a Thomson Reuters business

*Ex. F*

Tier I rem_LN-ref.doc

 © Thomson Reuters.com

 **THOMSON REUTERS**

H. David Rosner, Esq.
Sr. Specialist
West, a Thomson Reuters business
610 Opperman Drive
Eagan, MN 55123

December 14, 2009

Mr. Darren Chaker
311 N. Robertson Blvd. #123
Beverly Hills, CA 90211

Re: Request for Suppression of Information

Dear Mr. Chaker:

This letter is in response to your memo to Edward Friedland, General Counsel of West, a Thomson Reuters business and other communications received at this office regarding the removal of your personal identifying information from Westlaw public and non-public information databases. This letter confirms that current non-public information on Westlaw (e.g. People-Find, PeopleMap) corresponding to the information you have provided us will be removed within the next 60 days. This is the data most likely to contain your SSN and/or birth date. By this action, all records that might include your SSN will be removed, and any remaining references to your birth date will be at least partially masked.

Please be advised that due to your apparent involvement in litigation of various sorts and in multiple courts, we are unable to remove any addresses that you may have provided the Courts that are now part of the dockets or other filings. This information can only be removed by order of the judge who handled the particular litigation in question. As to removal of in your information from Real Property records or related public records, we recommend that you follow up with the California Safe at Home program and the individual recording clerks in any venue where you may own property to have personal identifying information removed. Since these venues are the ultimate sources of such information on Westlaw, all changes will flow through to our databases. Also, it is important to note that you may reappear in Westlaw databases if you apply for, cosign or guarantee credit applications using a name, address or other identifying information that differs from the information submitted in your opt-out request. It may also reappear if you move or change your last name as the result of marriage, divorce, etc. Any such changes will require that you re-submit/update your opt-out request.

Please visit http://west.thomson.com/privacy/records.asp for more information about Westlaw public records offerings and our privacy policies. If you have any other questions please contact our Customer Experience group at 1-800-328-4880.

Very truly yours,

H. David Rosner, Esq.
Sr. Specialist
West, a Thomson Reuters business

Ex. G

Lttrm_chaker.doc

thomsonreuters.com

**Customer Service**
P. O. Box 64833
St. Paul, MN 55164-0833

Tel (800) 328-4880
Fax (800) 340-9378
west.customer.service@thomson.com



April 1, 2005

Darren D Chaker
311 North Robertson Blvd #1230
Beverly Hills, CA 90211

Dear Mr Chaker,

West recently received your request for removal of your personal identifying information from public records database on Westlaw.  If you included family members in your request, they have been removed as well.  Pursuant to our privacy policy we will remove your personal, non-public identifying information from the PEOPLE-FIND and PEOPLE-CH databases within the next 60 days.  Information gathered from voter registrations, professional licenses and business registrations is considered public information and therefore those records are subsequently not removed.

Please be advised that although we will remove your personal, non-public information from PEOPLE-FIND and PEOPLE-CH, your information may reappear if you apply, cosign or guarantee credit applications using a name, address or other information that differs from the information previously held in these databases.  To ensure continued removal, you may wish to submit a new request for removal each time you change addresses or are a party to an application where you have used a different name or spelling of your name.

Also, although we will remove your personal, non-public information from the PEOPLE-FIND and PEOPLE-CH databases, we are unable to remove your name from the other public records databases on Westlaw including the other people databases.  With the exception of PEOPLE-FIND and PEOPLE-CH, the information contained in Westlaw public records databases is either maintained by credit reporting agencies (Experian, Equifax or Trans Union) or available from official public records offices to anyone who requests it.  For all other public records databases you will need to contact the official custodians of those public records, such as your county's land records office, to determine how to remove your personal identifying information from the public record.  If you would like to have your personal information removed from the databases maintained by the three credit reporting agencies, please call 1-888-567-8688 and follow the directions given to "opt out" in their files.

Please visit http://west.thomson.com/privacy/records.asp for additional information about Westlaw public records offerings and our privacy policies.

Very truly yours,

Account Maintenance Team
Customer Service Specialized Support
Thomson West



**Customer Service**
P.O. Box 64833
St. Paul, MN 55164-0833

Tel (800) 328-4880
Fax (800) 340-9378
west.customer.service@thomson.com



**THOMSON**
**WEST**
™

May 15, 2006

Darren D Chaker
311 N Robertson Blvd Ste 123
Beverly Hills CA 90211 -1705

Dear Darren Chaker:

This letter is in response to your mailed request to remove your personal identifying information from the DMV records. We previously only had your address of 9993 Fine Fern St in Las Vegas to search for from you, so your information regarding the 20000 S Maryland Pkwy or the 50 S Jones Blvd Ste 204 addresses were not looked at. We are removing it now. Thank you for providing this additional information. Please allow at least 2 weeks for this information to be removed.

Please visit http://west.thomson.com/privacy/records.asp for more information about Westlaw public records offerings and our privacy policies. If you have any other questions please contact us at 1-800-328-4880.

Very truly yours,


Account Maintenance Team
Customer Service Specialized Support
Thomson West

Ex. I

 **LexisNexis**

05/10/10

00947  1.00  MB  0.382  03
ǁ|ıdǁ|ıɯ|ıdıɯdıı|ıdǁ|ıɯǁɯıǁıɯdǁıɯdıɯdıɯdıdıdǁ|
Darren Chaker
123
311 N Robertson Blvd
Beverly Hills, CA  90211-1705

RE: Opt-Out Request

Dear Consumer:

This letter is in response to your request for the removal of certain of your personal information from LexisNexis' public-facing product, KnowX. LexisNexis® has taken appropriate action to suppress the personal information associated with your name and address.

It is important to note that when LexisNexis suppresses personal information from certain of our records, we have a process to prevent that identical personal information from again being re-introduced to our records. However, despite our efforts and due to the variations in personal information contained in public records, it is possible that personal information that does not exactly match the information that we deleted may be re-introduced to LexisNexis' public-facing product in the future. If you become aware that your personal information is available through LexisNexis in the future, please notify the LexisNexis Privacy Hotline at once to enable us to promptly investigate so that we may take appropriate action.

Should you have any questions regarding this confirmation notice, please contact the LexisNexis Privacy Hotline at 1-800-831-2578 or Mary Shively at 1-800-227-9597 x 55568.

*LexisNexis Consumer Compliance*

CD169-01-10d

Ex. J

 LexisNexis®

October 4, 2005

Darren Chaker
311 N Robertson Blvd.  #123
Beverly Hills, CA   90211

RE:  Opt-Out Request

Dear Mr Chaker:

You recently requested that records about yourself be removed from LexisNexis non-public information databases.  Your request, based upon the information you provided to us has been processed.  This letter acknowledges that the matching information we found has now been removed from the LexisNexis non-public information databases.

Non-public information is information about an individual that we obtain from a private source.   It is not available to the general public or obtained from a public record. A typical non-public information record may include the following data elements:

- Name;
- Alias Names/Maiden Names;
- Current Address;
- Prior Addresses;
- Address Report Dates;
- Telephone Number;
- Social Security Number (We display the first five digits to qualified users only);
- Date of Birth; and
- Gender.

These non-public information records are part of a business-to-business database mainly used by attorneys, businesses and government officials.  These customers use this information for purposes that include identity verification, and locating individuals such as heirs, witnesses, litigants, shareholders, and former employees.  LexisNexis does not distribute its locator information products and services to the general public

Ex. K

As the world's leading provider of online business-to-business information, LexisNexis is committed to balancing the privacy concerns of individuals such as yourself with the legitimate needs of legal, business, and government professionals who require access to accurate sources of information.

If you have any questions, please feel free to contact me.

Regards,

Mary Shively
Legal Compliance Analyst
LexisNexis
PO Box 933
Dayton, Ohio 45401

800-227-9597 x55568

 LexisNexis·

October 13, 2005

Darren D Delnero
311 N Robertson Blvd
Beverly Hills, Ca  90211

RE:  Opt-Out Request

Dear  Darren D Delnero:

You recently requested that records about yourself be removed from LexisNexis non-public information databases.  Your request, based upon the information you provided to us has been processed.  This letter acknowledges that the matching information we found has now been removed from the LexisNexis non-public information databases.

Non-public information is information about an individual that we obtain from a private source.  It is not available to the general public or obtained from a public record. A typical non-public information record may include the following data elements:

- Name;
- Alias Names/Maiden Names;
- Current Address;
- Prior Addresses;
- Address Report Dates;
- Telephone Number;
- Social Security Number (We display the first five digits to qualified users only);
- Date of Birth; and
- Gender.

These non-public information records are part of a business-to-business database mainly used by attorneys, businesses and government officials.  These customers use this information for purposes that include identity verification, and locating individuals such as heirs, witnesses, litigants, shareholders, and former employees.  LexisNexis does not distribute its locator information products and services to the general public.

Ex. K

As the world's leading provider of online business-to-business information, LexisNexis is committed to balancing the privacy concerns of individuals such as yourself with the legitimate needs of legal, business, and government professionals who require access to accurate sources of information.

If you have any questions, please feel free to contact me.

Regards,

Mary Shively
Legal Compliance Analyst
LexisNexis
PO Box 933
Dayton, Ohio 45401

800-227-9597 x55568



**FIRST**Advantage

June 8, 2010

Darren Chaker
PO Box 77
La Jolla, CA 92038

<u>**RE:  Order of Nondisclosure**</u>

Dear Mr. Chaker

This letter is being sent in response to your Order of Nondisclosure.  At this time we show no record of your name and social security number in our database.

We have enclosed a copy of "A Summary of Your Rights Under the Fair Credit Reporting Act". If you are a California resident, we have also included a copy of "A Summary of Your Rights Under California Law". If you have any questions concerning this matter, please contact the Consumer Relations Department at (800) 321-4473 Extension 3935.

Sincerely,

Lyle Polyak
Consumer Relations Processor
Enclosures

EX. L



9/6 2006 11:09 AM  FROM: 732-548 8026    TO: 1-215-434-5433    PAGE: 001 OF 001

SKIP TRACING INC.
PO BOX 286
METUCHEN, NJ 08840
732-548-7741
FAX 732-548-8026
EMAIL-SKIPTRACER@VERIZON.NET
WEB-SKIPTRACING.COM

SEPTEMBER 6, 2006

VANIA CHAKER
8895 TOWNE CENTER DR, #105
SAN DIEGO, CA 92122

WE RECEIVED YOUR LETTER REGARDING DARREN CHAKER.

PLEASE BE ADVISED WE ARE NOT A DATABASE WHERE INFORMATION IS STORED
ON INDIVIDUALS. WE HAVE NOT INITIATED ANY SEARCHES ON THIS PERSON NOR
WILL WE INITIATE ANY SEARCHES IN THE FUTURE.

PLEASE BE GUIDED ACCORDINGLY.

SINCERELY,

THOMAS BLACK

Ex. L



## DATALINE

February 16, 2021

Dear Mr. Chaker,

Thank you for contacting Dataline regarding how we handle data.  We have
received your request and have searched our database for your contact
information.

After a thorough search, we have determined that we do not have the
information you provided on our database.

Sincerely,


The Dataline Privacy Team

Dataline                                609-452-6014    phone        www.datalinedata.com
506 Carnegie Center Drive / Suite 105    609-951-0025    fax
Princeton, NJ 08540                      info@datalinedata.com

Ex. M

 Gmail                                         Darren Chaker <darrenchaker@gmail.com>

## California Consumer Privacy Act (CCPA) - IDI - CCPA - Delete & Do Not Sell

**CCPA** <ccpa@ididata.com>                                          Mon, Feb 15, 2021 at 7:03 AM
To: "darrenchaker@gmail.com" <darrenchaker@gmail.com>
Cc: CCPA <ccpa@ididata.com>

Dear Darren D Chaker,

Thank you for the requests you submitted to IDI to delete your personal information, and to no longer sell your personal information under the California Consumer Privacy Act (CCPA). Below is information regarding each of your requests.

### Your request to delete your personal information

You have requested that IDI delete personal information that you have provided to IDI directly. We have deleted any personal information that you previously provided to IDI. Per the CCPA Regulations, section 999.317, subsection (b), IDI will maintain a record of your request.

### Your request that we no longer sell your personal information

In accordance with the CCPA, your personal information will no longer be sold to third parties. Please note that the CCPA does not apply to certain personal information, including that which is collected, processed, sold, or disclosed pursuant to the Gramm-Leach-Bliley Act (GLBA), the Driver's Privacy Protection Act of 1994 (DPPA), "publicly available" information lawfully available from a government source, and data that is deidentified or aggregate consumer data. Due to these exemptions, certain IDI products are not subject to the CCPA.

Best,


**CCPA Department**
**IDI, a Red Violet company (NASDAQ: RDVT)**
2650 N. Military Trail, Suite 300
Boca Raton, FL 33431
www.ididata.com

EX N

5/14/2021                           Gmail - Your Request for Do Not Sell my Data to PossibleNOW - Request# 20210204A

 Gmail                                           Darren Chaker <darrenchaker@gmail.com>

---

## Your Request for Do Not Sell my Data to PossibleNOW - Request# 20210204A

**privacy** <privacy@possiblenow.com>                                  Tue, Mar 9, 2021 at 7:48 AM
To: "darrenchaker@gmail.com" <darrenchaker@gmail.com>

We received your request to access the personal information we process that relates to you on 02/04/202. We take this request seriously and it is our policy to ensure that requests are handled swiftly and in accordance with applicable law.

Under the California Consumer Privacy Act (CCPA), you have the right to request disclosure of your personal information that is being processed by **PossibleNOW and its subsidiaries, CompliancePoint, and PossibleNOW data Services,** and where there is a verifiable request, receive specific information about how your personal information is processed, for what purposes and with whom it is shared.

**PossibleNOW and its subsidiaries listed above** has conducted a thorough review of all relevant electronic and manual records we hold. We have identified whether PossibleNOW or its Subsidiaries processes any of your personal information, as defined by the CCPA.

**After thorough review by PossibleNOW it has been determined that no data exists and suppression added in the PossibleNOW databases or its subsidiaries databases for the information submitted by you with a request to Do Not Sell My Data.**

The specific pieces of personal information that PossibleNOW and its subsidiaries reviewed, based on the information you provided are the following:

**Name – Darren Chaker**

**Address – 1140 Wall St. 77, La Jolla CA, 92037**

**Phone – not provided**

**Email –** darrenchaker@gmail.com

**Date of Birth – not provided**

To view our privacy policy, please go https://www.possiblenow.com/privacy-statement. If you have any questions or concerns, please contact us by phone at 866-560-5923 or email at privacy@possiblenow.com. Please reference request number listed above.

Thank you,

Privacy Compliance Team



https://mail.google.com/mail/u/0?ik=0410e68e65&view=pt&search=all&permmsgid=msg-f%3A1693769955802121564&simpl=msg-f%3A1693769955...   1/2

**Richard Middleton**
Compliance Analyst and Sr. Project Manager – Information Security Group

 POSSIBLENOW™

4400 River Green Parkway, Suite 100
Duluth, GA 30096

(770) 255-1020 Main
(678) 287-7745 Direct
rmiddleton@possiblenow.com
www.possiblenow.com

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system

5/14/2021                                    Gmail - Your CCPA Right to Opt Out Request

 Gmail

Darren Chaker <darrenchaker@gmail.com>

**Your CCPA Right to Opt Out Request**

**Executive Response Team** <CXRT@dnb.com>                    Wed, Mar 3, 2021 at 9:09 AM
To: "darrenchaker@gmail.com" <darrenchaker@gmail.com>

Good Morning Mr. Chaker,

We have removed your personal information from our products and will no longer sell any personally identifiable information associated with you. If this was not the result you intended, or if you change your mind and would like to opt back in to the sale of your personal information, you can always request to Opt In.

Thank you,

dun&bradstreet

**Holly M. Hilton**
Case Manager, Executive Response Team

HQ:101 JFK Parkway

Short Hills, NJ 07078
Office: 877.625.0320 Ex 0354

**dnb.com | DandB.com**

   

EX. P

***310426398-052***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

**File Number:** 310426398
**Page:** 1 of 2
**Date Issued:** 2/12/2021



PDLPH400201751-I003501-077645957

DARREN DAVID CHAKER
1140 WALL ST APT 77
LA JOLLA, CA 92037-4531

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

✓ Re: Credit Freeze Added

We received your credit freeze request and a freeze is now in place on your TransUnion credit report. It will stay in place until you request its removal.

This is your PIN: 239249. Make sure not to lose it. You will need it to make changes to your freeze via phone. You will not need a PIN to make changes online. Simply go to www.transunion.com/creditfreeze where you can find more information or make a change to your freeze. There you will also find instructions for changing your PIN should you need to.

Re: Credit Freeze

What is a credit freeze?

A credit freeze prevents lenders from checking your credit report in order to open a new account. A freeze may also prevent your information from being released for other inquiries (such as opening a bank account). Federal law allows certain transactions - such as those for insurance purposes - to continue even while a credit freeze is in place, and you'll continue to be able to take advantage of credit monitoring services. If you have a freeze on your credit report, you will need to lift or remove it before you apply for credit.

If I freeze with TransUnion do I need to freeze with the other bureaus?

You can freeze your TransUnion credit report with us, but to freeze your other credit reports you must contact each of the other bureaus. Their information is below.

Equifax
P.O. Box 105788
Atlanta, GA 30348
1-888-298-0045
https://www.freeze.equifax.com

Experian
P.O. Box 9554
Allen, TX 75013

EX. Q





Mar 2, 2021

DARREN CHAKER
1140 WALL ST #77
LA JOLLA CA 92037      00269876

RE: Election to Opt-Out for 5 Years

Dear DARREN CHAKER,

We have received your request to opt-out of prescreened offers of credit and insurance. ✓

Please note that your opt-out election is effective for 5 years – beginning no later than 5 business days from the date we received your request (the "5 Year Period").

If, during the 5 Year Period, you decide that you want to receive prescreened offers of credit or insurance, you may call us at 1-888-395-0277, or visit www.sagestreamllc.com/opt-out-opt-in/ and print out, complete, and fax or mail the Opt-In Election Form to us. If you are unable to access our website and/or print out the Opt-In Election Form, you may mail or fax us your written request and include the following information:

- Your first name, middle name, last name (include Jr., Sr., III, etc.)
- Your current address including ZIP code
- Your current telephone number with area code
- Your Social Security number
- Your date of birth (month, day, year)
- Indicate if your request is to opt-in.

If you want to opt-out permanently, please complete the enclosed form, sign it, and return it to us at the following address of fax:

SageStream , LLC
Attn: Consumer Office
P.O. Box 503793
San Diego, CA 92150
Secured fax: 1-858-451-2847

Please note that removing your name from these lists does not affect your ability to apply for or obtain credit or insurance.

Ex. R