# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREN DELNERO,<br><br>      Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS,<br><br>      Defendant. | Case No.: 2:06-cv-04823-RB<br><br>ORDER<br><br>[PROPOSED] |

GOOD CAUSE APPEARING,

The Court finds Plaintiff is a participant in the Safe at Home Program which is administered by the California Secretary of State.

The Court finds Plaintiff's physical safety and psychological well-being are at great risk. Overriding interests at play here include Petitioner's physical and emotional danger as well as the right to be free from threats of violence, psychological abuse, and intimidation. Plaintiff has provided this Court with compelling reasons against public disclosure of the contents of the record and Plaintiff is entitled to all rights under California Civil Procedure Code § 367.3 *et seq*. Accordingly,

IT IS ORDERED, Plaintiff's name shall be changed in the case caption and court index to "John Doe";

IT IS FURTHER ORDERED the Court file and docket shall be SEALED.

IT IS SO ORDERED.

Dated: _____

                                                                                              _____<br>
                                                                                                 District Court Judge

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

DARREN DELNERO,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS,

    Defendant.

Case No.: 2:06-cv-04823-RB

ORDER

[PROPOSED]

GOOD CAUSE APPEARING,

The Court finds Plaintiff is a participant in the Safe at Home Program which is administered by the California Secretary of State.

The Court finds Plaintiff's physical safety and psychological well-being are at great risk. Overriding interests at play here include Petitioner's physical and emotional danger as well as the right to be free from threats of violence, psychological abuse, and intimidation. Plaintiff has provided this Court with compelling reasons against public disclosure of the contents of the record and Plaintiff is entitled to all rights under California Civil Procedure Code § 367.3 *et seq.* Accordingly,

IT IS ORDERED, Plaintiff's name shall be changed in the case caption and court index to "John Doe";

IT IS FURTHER ORDERED the Court file and docket shall be SEALED.

IT IS SO ORDERED.

Dated: _____

                                      District Court Judge