**Case No. 2:06-cv-04823-RB**
**PROOF OF SERVICE BY MAIL**

I the undersigned declares as follows: I am in the County of San Diego, State of CALIFORNIA where this mailing will occur; I am over the age of eighteen (18) years and not a party to the cause; my business address is 1140 Wall Street, Box 77, La Jolla, Ca 92038.

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and the fact that the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business.

On May 17, 2021, I served the foregoing **EX PARTE MOTION TO SEAL RECORDS** on the interested parties in this action by placing the correspondence in a sealed envelope on this date in the County of San Diego, and placing it for deposit with the United States Postal Service. This sealed envelope with postage fully prepaid was then placed for collection and mailing on this date following ordinary business practices addressed as follows:

**Clerk of the Court**
**U.S. District Court**
**601 Market Street, Room 2609**
**Philadelphia, PA 19106-1797**

**Sessions Fishman Nathan & Israel**
**3850 North Causeway Boulevard. Suite 200**
**Metairie, LA 70002-7227**

I certify and declare under penalty of perjury under the laws of the United States of America and State of Pennsylvania that the foregoing is true and correct.

Executed May 17, 2021, at Coronado, California.

_____