IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN DEL NERO,**  *Plaintiff,*  v.  **NCO FINANCIAL SYSTEMS, INC.,**  *Defendant.* | **Case No. 2:06-cv-04823-JDW** |

## ORDER

**AND NOW**, this 10th day of June, 2021, upon consideration of Plaintiff Darren Del Nero's Application To Seal Ex Parte Motion to Seal Records and Instant Application (ECF No. 11) and his Ex Parte Motion to Seal Records; Declaration (ECF No. 12) (together the "Motion"), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Plaintiff's Motion to Seal is **GRANTED** with respect to his street address and email address only;

2. The Motion is otherwise **DENIED**;

3. On or before July 9, 2021, Plaintiff shall provide the Court with redacted versions of any document on the docket that contains his street address or email address, redacting only those specific pieces of information. Plaintiff may send electronic versions of the documents to Chambers_of_Judge_Wolson@paed.uscourts.gov; and

4.     The Clerk of Court is authorized to substitute on the public docket redacted versions of any document that Plaintiff provides pursuant to this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON