## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN DEL NERO,**  *Plaintiff,*  v.  **NCO FINANCIAL SYSTEMS, INC.,**  *Defendant.* | **Case No. 2:06-cv-04823-JDW** |

### ORDER

**AND NOW**, this 27th day of September, 2021, the Court notes as follows:

1. On June 10, 2021, the Court ordered Plaintiff to provide the Court with redacted versions of any documents on the docket that contains his street or email address (ECF No. 15);

2. On August 12, 2021, the Court ordered Plaintiff to provide the Court with a redacted version of his Motion for Reconsideration, redacting his address information, as well as certain exhibits attached thereto. The Court directed Plaintiff to submit the redacted documents by August 20, 2021, and cautioned Plaintiff that if he failed to do so, the Court would direct the Clerk of Court to unseal the Motion without further notice (ECF No. 17); and

3. To date, Plaintiff has not provided any redacted documents to the Court for filing.

In light of the foregoing, it is **ORDERED** that the Clerk of Court shall unseal the documents at ECF Nos. 12 thru 12-4 and ECF No. 16.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON